**United States Bankruptcy Court**
**Southern District of New York, White Plains Division**

**IN RE:**                                                                                  Case No. _____

**Blueline Tactical and Police Supply, LLC** _____  Chapter **11** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 13, 2022** _____   Signature: */s/ Benjamin Rosenshine* _____
                                                          **Benjamin Rosenshine, Manager**                        Debtor


Date: _____   Signature: _____
                                                                                                          Joint Debtor, if any

Software Copyright (c) 2022 CINGroup - www.cincompass.com

40Argo Partners LLC
5 Brady Rd
Mount Kisco, NY  10549


Action Target
3411 S Mountain Vista Pkwy
Provo, UT  84606-5563


Anthony F. Miscrimarra, Jr.
23 Hidden Pond Dr
Rye Brook, NY  10573-1942


Argo Partners
5 Brady Rd
Mount Kisco, NY  10549


Athens Program Insurance Services LLC
8 Woodhollow Rd
Parsippany, NJ  07054-2828


Benjamin Rosenshine
16 Club Ct
Pleasantville, NY  10570-2351


Bobit Business Media Inc. v. Blueline Ta
3520 Challenger St
Torrance, CA  90503-1640

Bon Venture Services LLC
34 Ironia Rd
Flanders, NJ   07836-7108


Con Edison
Cooper Station
PO Box 138
New York, NY   10276-0138


Diamond Properties
333 N Bedford Rd
Mount Kisco, NY   10549-1158


DP 035 LLC and 801-444, LLC
333 N Bedford Rd Ste 145
Mount Kisco, NY   10549


DP 35 LLC and 801-444, LLC
333 N Bedford Rd Ste 145
Mount Kisco, NY   10549-1160


Harris Beach PLLC
100 Wall St Fl 23
New York, NY   10005-3704


Health & Safety Specialist in Medicine
236 Crystal Run Rd Ste 2
Middletown, NY   10941-4061

L&L sports
261 Halstead Ave
Harrison, NY  10528-3648


Metals Treatment Technologies
14045 W 66th Ave
Arvada, CO  80004-1049


Patriot Ordinance Factory
3013 Utica Sellersburg Rd
Jeffersonville, IN  47130-8529


Praetorian Guard
4 Fox Hill Rd
Chestnut Ridge, NY  10977-7006


Precision Machinist Inc.
299 Littleton Rd
Chelmsford, MA  01824-3307


Quality Environmental Solutions & Tech
1376 US Highway 9
Wappingers Falls, NY  12590-4416


Seth Neubardt
47 Island Dr
Rye, NY  10580-4300

Standard Manufacturing Company LLC
100 Burritt St
New Britain, CT  06053-4004


Terry Geller
10 Old Jacobs Ave Unit 7
Hastings On Hudson, NY  10706


Tri-Dim Filter Corp.
600 Ryerson Rd Ste F
Lincoln Park, NJ  07035-2054

<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)* _____   Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Blueline Tactical and Police Supply, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **27-3678675** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**444 Saw Mill River Rd
Elmsford, NY 10523-1030**
<u>Number, Street, City, State & ZIP Code</u>

P.O. Box, Number, Street, City, State & ZIP Code

**Westchester**
<u>County</u>

**Location of principal assets, if different from principal place of business**

**444 Saw Mill River Rd Elmsford, NY 10523-1030**
<u>Number, Street, City, State & ZIP Code</u>

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **bluelinetactical.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Blueline Tactical and Police Supply, LLC**                     Case number (*if known*) _____

Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__452300__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor    **Blueline Tactical and Police Supply, LLC**                                          Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**       *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Blueline Tactical and Police Supply, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 13, 2022**
MM / DD / YYYY

X **/s/ Benjamin Rosenshine**                    **Benjamin Rosenshine**
Signature of authorized representative of debtor       Printed name

Title    **Manager**

---

**18. Signature of attorney**

X **/s/ H Bruce Bronson**                    Date **April 13, 2022**
Signature of attorney for debtor                       MM / DD / YYYY

**H Bruce Bronson**
Printed name

**Bronson Law Office, P.C.**
Firm name

**480 Mamaroneck Ave**
**Harrison, NY 10528-1621**
Number, Street, City, State & ZIP Code

Contact phone    **(877) 385-7793**       Email address    **hbbronson@bronsonlaw.net**

**1679380**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name   **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 13, 2022**          X **/s/ Benjamin Rosenshine**
                                              Signature of individual signing on behalf of debtor

                                              **Benjamin Rosenshine**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name | **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Action Target 3411 S Mountain Vista Pkwy Provo, UT 84606-5563 | | Vendor | | | | $12,500.00 |
| Athens Program Insurance Services LLC 8 Woodhollow Rd Parsippany, NJ 07054-2828 | | insurance | | | | $1,000.00 |
| Bobit Business Media Inc. v. Blueline Ta 3520 Challenger St Torrance, CA 90503-1640 | | | Disputed | | | $5,396.00 |
| Bon Venture Services LLC 34 Ironia Rd Flanders, NJ 07836-7108 | | Vendor | Disputed | | | $1,055.00 |
| Con Edison Cooper Station PO Box 138 New York, NY 10276-0138 | | Utility | | | | $10,252.00 |
| Diamond Properties 333 N Bedford Rd Mount Kisco, NY 10549-1158 | | Construction Work | Disputed | | | $155,786.00 |
| DP 035 LLC and 801-444, LLC 333 N Bedford Rd Ste 145 Mount Kisco, NY 10549 | | Rent owed | Disputed | | | $314,595.62 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor    **Blueline Tactical and Police Supply, LLC**
_____
Name

Case number *(if known)*    _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Health & Safety Specialist in Medicine 236 Crystal Run Rd Ste 2 Middletown, NY 10941-4061** | | | **Disputed** | | | **$3,080.00** |
| **L&L sports 261 Halstead Ave Harrison, NY 10528-3648** | | **Vendor** | | | | **$76,683.00** |
| **Metals Treatment Technologies 14045 W 66th Ave Arvada, CO 80004-1049** | | | | | | **$10,500.00** |
| **Patriot Ordinance Factory 3013 Utica Sellersburg Rd Jeffersonville, IN 47130-8529** | | **Vendor** | | | | **$4,000.00** |
| **Praetorian Guard 4 Fox Hill Rd Chestnut Ridge, NY 10977-7006** | | **Vendor** | | | | **$56,970.00** |
| **Precision Machinist Inc. 299 Littleton Rd Chelmsford, MA 01824-3307** | | **Services** | | | | **$574.00** |
| **Quality Environmental Solutions & Tech 1376 US Highway 9 Wappingers Falls, NY 12590-4416** | | **Services** | | | | **$7,370.00** |
| **Standard Manufacturing Company LLC 100 Burritt St New Britain, CT 06053-4004** | | **Vendor** | **Disputed** | | | **$4,560.00** |
| **Tri-Dim Filter Corp. 600 Ryerson Rd Ste F Lincoln Park, NJ 07035-2054** | | **Services** | | | | **$6,286.00** |

**Fill in this information to identify the case:**

Debtor name    **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**Action Target**<br><br>**3411 S Mountain Vista Pkwy**<br>**Provo, UT 84606-5563**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Anthony F. Miscrimarra, Jr.**<br><br>**23 Hidden Pond Dr**<br>**Rye Brook, NY 10573-1942**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Argo Partners**<br><br>**5 Brady Rd**<br>**Mount Kisco, NY 10549**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,100,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Athens Program Insurance Services LLC**<br><br>**8 Woodhollow Rd**<br>**Parsippany, NJ 07054-2828**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |

| Debtor | **Blueline Tactical and Police Supply, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,396.00 |
|---|---|---|---|

**Bobit Business Media Inc. v. Blueline Ta**

3520 Challenger St
Torrance, CA 90503-1640

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,055.00 |
|---|---|---|---|

**Bon Venture Services LLC**

34 Ironia Rd
Flanders, NJ 07836-7108

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,252.00 |
|---|---|---|---|

**Con Edison**
**Cooper Station**
**PO Box 138**
**New York, NY 10276-0138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,786.00 |
|---|---|---|---|

**Diamond Properties**

333 N Bedford Rd
Mount Kisco, NY 10549-1158

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $314,595.62 |
|---|---|---|---|

**DP 035 LLC and 801-444, LLC**

333 N Bedford Rd Ste 145
Mount Kisco, NY 10549

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,080.00 |
|---|---|---|---|

**Health & Safety Specialist in Medicine**

236 Crystal Run Rd Ste 2
Middletown, NY 10941-4061

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,683.00 |
|---|---|---|---|

**L&L sports**

261 Halstead Ave
Harrison, NY 10528-3648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Blueline Tactical and Police Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|

**Metals Treatment Technologies**

14045 W 66th Ave
Arvada, CO 80004-1049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**Patriot Ordinance Factory**

3013 Utica Sellersburg Rd
Jeffersonville, IN 47130-8529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,970.00** |
|---|---|---|---|

**Praetorian Guard**

4 Fox Hill Rd
Chestnut Ridge, NY 10977-7006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$574.00** |
|---|---|---|---|

**Precision Machinist Inc.**

299 Littleton Rd
Chelmsford, MA 01824-3307

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,370.00** |
|---|---|---|---|

**Quality Environmental Solutions & Tech**

1376 US Highway 9
Wappingers Falls, NY 12590-4416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Seth Neubardt**

47 Island Dr
Rye, NY 10580-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,560.00** |
|---|---|---|---|

**Standard Manufacturing Company LLC**

100 Burritt St
New Britain, CT 06053-4004

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Blueline Tactical and Police Supply, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Terry Geller**

10 Old Jacobs Ave Unit 7
Hastings On Hudson, NY 10706

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,286.00** |
|---|---|---|---|

**Tri-Dim Filter Corp.**

600 Ryerson Rd Ste F
Lincoln Park, NJ 07035-2054

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Harris Beach PLLC**<br>**100 Wall St Fl 23**<br>**New York, NY 10005-3704** | Line **3.9**<br><br>☐ Not listed. Explain ____ | __ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,070,607.62 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,070,607.62 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease expires September 30, 2044 in accordance with the First Amendment to lease dated Sept. 4, 2014. 2,780 rentable square feet for Unit 120 and 626 Square feet for Unit 125 and 7960.5 square feet for unit 130. Rent for all three parcels is approximately $12,,765** |
| State the term remaining | **20 years** |
| List the contract number of any government contract | **DP 35 LLC and 801-444, LLC 333 N Bedford Rd Ste 145 Mount Kisco, NY 10549-1160** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name    **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|---|
| | Name | Mailing Address | | | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ _____ City State Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ _____ City State Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ _____ City State Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ _____ City State Zip Code | | | _____ | ☐ D ☐ E/F ☐ G |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York, White Plains Division

In re   **Blueline Tactical and Police Supply, LLC** _____   Case No. _____

Debtor(s)                                   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

    For legal services, I have agreed to accept ........................................   $   _____

    Prior to the filing of this statement I have received ..........................   $   _____

    Balance Due ...............................................................................   $   _____

■   **RETAINER**

    For legal services, I have agreed to accept and received a retainer of ............   $   **10,000.00**

    The undersigned shall bill against the retainer at an hourly rate of .............   $   **475.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **proceedings that require specialized legal expertise.**

In re   **Blueline Tactical and Police Supply, LLC**                          Case No. _____

_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

| **April 13, 2022** | **/s/ H Bruce Bronson** |
|---|---|
| *Date* | **H Bruce Bronson** |
| | *Signature of Attorney* |
| | **Bronson Law Office, P.C.** |
| | |
| | **480 Mamaroneck Ave** |
| | **Harrison, NY 10528-1621** |
| | **(877) 385-7793** |
| | **hbbronson@bronsonlaw.net** |
| | *Name of law firm* |