UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: <br><br> Blueline Tactical and Police Supply, LLC, <br><br> Debtor. | Case No. 22-22186-SHL <br><br> Chapter 11 |
|---|---|

### INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

The Section 341 Meeting of Creditors (the "341 Meeting") for the above-captioned case is scheduled for **May 12, 2022, at 1:00 p.m. (ET)** (the "Designated Time"). The 341 Meeting will be conducted by **telephone conference**.

All parties shall appear by phone at the 341 Meeting at the Designated Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the 341 Meeting using the following dialing instructions:

Meeting dial-in number:    **1-866-910-1611**
Participant code:          **3692332**, followed by #

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for your anticipated cooperation in this regard.

Dated: April 25, 2022

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
Region 2

By Counsel:

/s/ *Annie Wells*

Annie Wells
Trial Attorney
201 Varick Street, Room 1006
New York, New York 10014
Tel.: (212) 510-0500