| **Fill in this information to identify the case:** |
| --- |

Debtor name **Blueline Tactical and Police Supply, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number (if known)  **7:22-bk-22186**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
      Copy line 88 from *Schedule A/B*...................................................................................... $ **0.00**

  1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................. $ **170,379.00**

  1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................... $ **170,379.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **35,742.12**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $ **0.00**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ **4,070,607.62**

4.  **Total liabilities** ........................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                  $ **4,106,349.74**

Software Copyright (c) 2022 CINGroup - www.cincompass.com