**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY & the District Court of CT)
Email: hbbronson@bronsonlaw.net

May 13, 2022

***VIA CM/ECF FILING***
Hon. Sean H. Lane
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408

    In re:  **Blueline Tactical and Police Supply LLC; Case No.: 22-22186; Chapter 11**

**LETTER OF ADJOURNMENT**

Dear Judge Lane,

    **PLEASE ALLOW THIS LETTER TO SERVE AS NOTICE** that all matters scheduled to be heard on May 18, 2022, at 2:00 PM have been adjourned with consent of the parties to **May 26, 2022, at 2:00 PM**.

    **PLEASE TAKE FURTHER NOTICE** that this hearing will be held via Zoom Government. Please notify the Court by 4:00 PM one business day prior to the hearing using the eCourt Appearances Tool at the following link:

    https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

Thank you for your attention to this matter.

    Very truly yours,

    */s/ H. Bruce Bronson*
    H. Bruce Bronson