**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

June 15, 2022

100 WALL STREET
NEW YORK, NY 10005
(212) 687-0100

**PERI A. BERGER**
MEMBER
DIRECT:    (212) 912-3574
FAX:       (212) 687-0659
pberger@harrisbeach.com

**VIA CM/ECF**

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   **In re Blueline Tactical and Police Supply, LLC**
      **Chapter 11 - Case No. 22-22186**

Dear Judge Lane:

Our office represents Creditors DP 35, LLC and 801-444, LLC (collectively, the "Movants" or "Landlords") in the above-referenced Chapter 11 case. On June 1, 2022, the Court heard oral argument and reserved decision on Movants' fully-briefed Motion for Relief from the Automatic Stay (the "Motion") to, *inter alia*, pursue an eviction proceeding pending in Greenburgh Town Court; the Motion was opposed by the Debtor and is fully briefed. At that time, Movants' counsel advised the Court that, if the parties were unable to resolve the underlying issues, it would be necessary to appear in Greenburgh Town Court on June 16, 2022.

While the parties have been attempting to resolve the outstanding issues, no agreement has been reached. Accordingly, consistent with Your Honor's directives, Movants respectfully request Your Honor's decision on the Motion.

Respectfully submitted,

*Peri Berger*

Peri A. Berger

CC: All CM/ECF parties